DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL E. RILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1626

_____

February 16, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Deborah A. Goins of Escobar, Michaels & Associates, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

     Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.